made the plaintiff its agent in an attempt to collect a debt due the defendant. Even should the judgment be reversed, it is apparent that a new trial would inevitably result in favor of the plaintiff, which has never been paid for the merchandise, of which the defendant has had the benefit. Substantial justice has been done. Order affirmed, with costs.

LEHMAN and DELANY, JJ., concur, on the ground that no competent evidence has been produced which can negative or limit the binding effect of the judgment pleaded.

BARNES, Respondent, v. ANDERSON, Appellant. (Supreme. Court, Appellate Division, Third Department. November 25, 1914.) Action by William Barnes against William H. Anderson. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer upon payment of costs in this court and at Special Term.

BARNETT, Respondent, v. HOLBROOK, CABOT & ROLLINS CORPORATION, Appellant. (Supreme Court, Appellate Division, First Department. December 18, 1914.) Action by Enoch Barnett against the Holbrook, Cabot & Rollins Corporation. B. Patterson, of New York City, for appellant. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, on Kuloschik v. Holbrook, Cabot & Rollins Corp., 147 N. Y. Supp. 1121. Order filed. See, also, 149 N. Y. Supp. 1070.

BARNEY, Respondent, v. CHEESIN, Appellant. (Supreme Court, Appellate· Division, First Department. December 24, 1914.) .Action by Marshall A. Barney against Alexander S. Cheesin. J. S. Wise, Jr., of New York City, for appellant. J. McLaren, of New York City, for respondent. No opinion. Order reversed with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

BARRETT, Respondent, v. BUFFALO GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by Hugh Barrett against the Buffalo General Electric Company. No opinion. Judgment and order affirmed, with costs.

BARROW, Appellant, v. BARROW, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by Robert McMillan Barrow against Constance Barrow. No ·opinion. Order affirmed, with costs.

BARTHOLOMAY BREWERY CO., Respondent, v. MANNING, Appellant, et al. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by the Bartholomay Brewery Company against Hanna M. Manning, impleaded with others. No opinion. Motion denied. See, also, 149 N. Y. Supp. 1070. "

BARTLETT v. STEWART. (Supreme Court, .Appellate Division, First Department.

December 11, 1914.) Action by Charlotte E. Bartlett against James C. Stewart. No opinion. Application denied, with $10 costs. Order signed.

BATTERSON, Respondent, v. RAYMOND et al., Appellants. (No. 6669.) (Supreme Court, Appellate Division, First Department. December 24, 1914.) Appeal from Special Term, New York County. Action by James G. Batterson against Harry Raymond and others. From an order granting an injunction, pendente lite (87 Misc. Rep. 229, 149 N. Y. Supp. 706), defendants appeal. Modified and affirmed. Daniel P. Hays, of New York City, for appellants. William P. Maloney, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by requiring the plaintiff to give a bond, approved by a justice of the Supreme Court, in the penalty of $50,000, conditioned upon his paying the amount found due by the final judgment in this action, not exceeding $50,000, and, as so modified, affirmed, without costs to either party.

BEATTY v. IRELAND et al. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Robert A. Beatty against John B. Ireland and others. No opinion. Motion granted. See, also, 152 App. Div. 588, 137 N. Y. Supp. 456; 149 N. Y. Supp. 1070.

In re BENSON AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. December 18, 1914.) In the matter of the application of the City of New York relative to acquiring title to Benson Avenue, etc.,· in which Charles Van Riper appeals. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BERG, Respondent, v. TIDE WATER OIL CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by John Berg against the Tide Water Oil Company. No opinion. Judgment .and order unanimously affirmed, with costs.

BERGMAN, Respondent, v. INTERNATIONAL FERRY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Phillip ·Bergman, an infant, etc., against the International Ferry Company. No opinion. Judgment and order affirmed, with costs.

BERNSTEIN, Respondent, v. FRIEND, Appellant. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) Action by Esther Bernstein against Isaac Friend.

PER CURIAM. Order affirmed, with $10 costs and disbursements. We cannot say that the amendment is beyond the power or without the discretion of the Special Term. Zimmerman v. Dieckerhoff, 14 N. Y. St. Rep. 595; Deyo v. Morss, 144 N. Y. 216, 39 N. E. 81. See. also, 158 App. Div. 902, 142 N. Y. Supp. 1109.